**IN the INTEREST OF: C.L.K.**

**ED 104544**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: April 25, 2017

Amanda M. Sodomka, Hillsboro, MO, Meagan E. Zimmer Breeze, Crystal City, MO, for respondent.

Rebecca Jo Beach, Arnold, MO, for Guardian Ad Litem.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

J.J.P. ("Father") seeks a reversal of the trial court's judgment terminating his pa-

rental rights to his minor son, C.L.K. The trial court's judgment is affirmed.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).